## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 16th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Steven S. Miller, Esquire
*JP Morgan Chase & Co.*
Legal Department
One Chase Manhattan Plaza
New York, NY 10081

Mary E. Augustine (No. 4477)

620321v1